United States District Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Latania Phillips,<br>Individually and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>V.<br><br>Allied Collection Services, Inc.,<br><br>        Defendant. | § § § § § § § § § § § § | Civil Action No. H-22-4127 |

## ORDER

On March 19, 2023, Plaintiff, Latania Phillips, filed a Notice of Voluntary Dismissal with Prejudice (docket no. 11) stipulating to the voluntary dismissal of this action against Defendant, Allied Collection Services, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED** with prejudice against Defendant, Allied Collection Services, Inc.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 20th day of March, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE